**STATE v. AGER**

[357 N.C. 154 (2003)]

STATE OF NORTH CAROLINA v. LEON MAURICE AGER

No. 528A02

(Filed 2 May 2003)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 152 N.C. App. 577, 568 S.E.2d 328 (2002), affirming a judgment entered 18 November 1999 by Judge Robert P. Johnston in Superior Court, Cleveland County. Heard in the Supreme Court 10 April 2003.

*Roy Cooper, Attorney General, by Daniel P. O'Brien, Assistant Attorney General, for the State.*

*Staples Hughes, Appellate Defender, by Daniel R. Pollitt, Assistant Appellate Defender, for defendant-appellant.*

PER CURIAM.

AFFIRMED.